**Order entered November 20, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00848-CV

### A22 TRANSPORTATION CO., INC., Appellant

### V.

### RONALD THOMAS, Appellee

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-1 8-1 9059

### ORDER

Though originally due on October 21, 2020, the reporter's record has not been filed. By postcard notice dated October 23, 2020, we instructed Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file the record within thirty days. On November 13, 2020, counsel for appellant filed a letter informing the Court of his unsuccessful attempts to communicate with Ms. Reagor regarding the fee for preparing the reporter's record.

In light of these circumstances, we **ORDER** Ms. Reagor to notify counsel for appellant, **WITHIN FIVE DAYS** of the date of this order, of the cost to prepare the reporter's records for the trial that commenced on June 9, 2020 and the hearing on the motion for new trial held on July 31, 2020. We further **ORDER** Ms. Reagor to file the reporter's records **WITHIN THIRTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Reagor and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE